# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) | Case No. 8:07cv94 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| JAISANKAR MARIMUTHU, CHOCKALINGAM RAMANATHAN, and THIRUGNANAM RAMANATHAN, | ) ) ) ) ) | |
| Defendants. | ) | |

This case is before the court on the Joint Motion for status conference and enlargement of time to file the parties' planning report (#19). On review of the motion,

**IT IS ORDERED:**

1. The request for a status conference hearing is granted. A telephone conference call with the undersigned magistrate judge will be held on **Tuesday, October 9, 2007 at 9:30 A.M. (Central time)** by telephone conference call initiated by plaintiff.

2. The October 1, 2007 planning report deadline is suspended and will be addressed during the conference.

Dated this 27th day of September 2007.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge