# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | 8:07CV94 |
| **JAISANKAR MARIMUTHU, CHOCKALINGAM RAMANATHAN and THIRUGNANAM RAMANATHAN,** | ) ) ) ) | **ORDER** |
| **Defendants.** | ) ) | |

At the parties' request, a status conference was held on October 9, 2007. As discussed during the conference,

**IT IS ORDERED:**

1. The parties are given an extension of time until and including **January 8, 2008** to submit their Rule 26(f) planning report.

2. Defendant, Thirugnanam Ramanathan, is given until and including **December 10, 2007** to file any motion challenging jurisdiction.

**DATED October 10, 2007.**

    BY THE COURT:

    s/ F.A. Gossett
    **United States Magistrate Judge**