# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** ) ) ) **Plaintiff,** ) ) vs. ) ) **JAISANKAR MARIMUTHU,** ) **CHOCKALINGAM RAMANATHAN and** ) **THIRUGNANAM RAMANATHAN,** ) ) **Defendants.** ) | 8:07CV94 ORDER |

For good cause shown,

**IT IS ORDERED** that plaintiff's unopposed motion to continue deadlines [27] is granted, as follows:

    1. The plaintiff is given until and including **January 10, 2008** to file its response to Ramanathan's December 7, 2007 Motion to Dismiss [23]; and

    2. The parties are given an extension of time until and including **January 22, 2008** to file their Rule 26(f) planning report.

**DATED December 18, 2007.**

                                            **BY THE COURT:**

                                            **s/ F.A. Gossett**
                                            **United States Magistrate Judge**