## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | **8:07CV94** |
| vs. | ) ) | **ORDER** |
| **THIRUGNANAM RAMANATHAN, et al.,** | ) ) ) | |
| **Defendants.** | ) | |

Upon review of the parties' Joint Motion [35], and for good cause shown,

**IT IS ORDERED** that the motion is granted, as follows:

1. This case is stayed and all progression order deadlines are suspended through **September 10, 2008** pending completion of the parties' settlement discussions.

2. The planning conference now set for August 7, 2008 at 9:00 a.m. is cancelled and will be rescheduled, if necessary, by further order.

3. Counsel shall file a joint status report no later than **September 10, 2008** addressing the progress of their settlement discussions and whether the case should be returned to the active trial docket.

**DATED July 7, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**