## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:07CV94** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **THIRUGNANAM RAMANATHAN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Upon review of the status report submitted to chambers,

**IT IS ORDERED**:

1.  This case shall remain stayed and all progression order deadlines suspended through **November 12, 2008.**

2.  Counsel shall advise the court  on or before **November 12, 2008** as to whether the case should be returned to the active trial docket.

**DATED September 16, 2008.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**