**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | **CASE NO. 8:07CV94** |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) ) | **FINAL JUDGMENT AS TO DEFENDANT THIRUGNANAM RAMANATHAN** |
| **JAISANKAR MARIMUTHU, CHOCKALINGAM RAMANATHAN, and THIRUGNANAM RAMANATHAN,** | ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Motion by Plaintiff for Judgment Under Rule 54(b) (Filing No. 38). Whereas the Defendant, Thirugnanam Ramanathan (T. Ramanathan or "Defendant") has consented to the entry of the Judgment proposed by the Plaintiff (see Consent of Defendant at Filing No. 38-2), the Court approves the proposed Final Judgment submitted by these parties, appearing at Filing No. 38-3, as follows:

The Securities and Exchange Commission having filed a Complaint, and Defendant T. Ramanathan having entered a general appearance, both consented to the Court's jurisdiction over T. Ramanathan and the subject matter of this action, consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction), waived findings of fact and conclusions of law, and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that T. Ramanathan and T. Ramanathan's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a)     to employ any device, scheme, or artifice to defraud;

(b)     to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c)     to engage in any act, practice, or course of business which operates or would operate as fraud or deceit upon any person.

## II.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED  that T. Ramanathan and T. Ramanathan's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 17(a) of the Securities Act [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

(a)     to employ any device, scheme, or artifice to defraud;

(b)     to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c)     to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

## III.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Consent (Filing No. 38-2) is incorporated herein with the same force and effect as if fully set forth herein, and that T. Ramanathan shall comply with all of the undertakings and agreements set forth therein.

## IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

AND IT IS ORDERED:

1.    The Plaintiff Securities and Exchange Commission's Motion for Judgment under Rule 54(b) (Filing No. 38) is granted; and

2.  Judgment is entered in favor of the Plaintiff Securities and Exchange Commission and against Defendant Thirugnanam Ramanathan pursuant to Fed. R. Civ. P. 54(b), the said parties to bear their own costs.

DATED this 25th day of November, 2008.


                        BY THE COURT:


                        s/Laurie Smith Camp
                        United States District Judge