IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, DC 20549<br><br>        **Plaintiff,**<br><br>vs.<br><br>**JAISANKAR MARIMUTHU,**<br>**CHOCKALINGAM RAMANATHAN, and**<br>**THIRUGNANAM RAMANATHAN.**<br><br>        **Defendants.** | CASE NO. 8:07CV94<br><br>SCHEDULING ORDER |

Upon review of the plaintiff's response (Doc. 42),

**IT IS ORDERED:**

1. The Order to Show Cause (Doc. 41) is held satisfied.

2. Plaintiff shall electronically file written status reports concerning the service of process on the remaining defendants. The first status report shall be filed by **April 1, 2009.** Subsequent status reports are due every 120 days thereafter until all remaining defendants are served.

**DATED December 12, 2008.**

                                        **BY THE COURT:**

                                        s/ F.A. Gossett
                                        **United States Magistrate Judge**