IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | CASE NO. 8:07CV94 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JAISANKAR MARIMUTHU, ) | |
| CHOCKALINGAM RAMANATHAN, ) | |
| and THIRUGNANAM RAMANATHAN, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's Unopposed Motion for Continuance of Deadline (Filing No. 54) to file a motion for final default judgment against Chockalingam Ramanathan ("C. Ramanathan"). In its Motion (Filing No. 54), Plaintiff reports that, pursuant to the Securities and Exchange Commission's policies, it is presently unable to submit a motion requesting specific penalties–damages, court costs, attorney's fees–as ordered by the Court in its order directing the clerk's entry of default judgment (Filing No. 52). The Court finds that the Plaintiff's Unopposed Motion for Continuance of Deadline (Filing No. 54) should be granted, and the deadline to submit its motion for final default judgment is extended until August 7, 2009, accordingly.

IT IS ORDERED:

1. The Plaintiff's Unopposed Motion for Continuance of Deadline (Filing No. 54) is granted; and

2. The Plaintiff's motion for final default judgment shall be filed on or before August 7, 2009.

DATED this 21st day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge